**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ROBSON ROCHA DE FARIA,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MARY DE ANDA-YBARRA,** Field Office Director, ICE El Paso Field Office; | § | |
| | § | |
| **NAME UNKNOWN,** ICE Facility Administrator, Camp East Montana Detention Center; | § | **EP-25-CV-00464-DCG** |
| | § | |
| **TODD LYONS,** Acting Director of ICE; | § | |
| | § | |
| **KRISTI NOEM,** Secretary of U.S. Department of Homeland Security; and | § | |
| | § | |
| **PAMELA BONDI,** Attorney General of the United States, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE AS MOOT

On October 10, 2025, Robson Rocha de Faria ("Petitioner") filed a Petition for Writ of

Habeas Corpus seeking his immediate release from immigration detention.[1] On March 23, 2026,

however, Petitioner notified the Court that "Petitioner was removed from the United States on

March 14, 2026, and is currently in Brazil."[2] Because "the issues presented in the habeas petition

are now moot," Petitioner filed an unopposed Motion to voluntarily dismiss the case.[3]

---

[1] Pet., ECF No. 1, at 20.

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the internal pagination of the cited document.

[2] Mot. Dismissal, ECF No. 9, at 1.

[3] *Id.*

Accordingly, the Court **DISMISSES** the above-captioned case **WITHOUT PREJUDICE** as **MOOT**.[4]

The Court thereby **CLOSES** the case.

**So ORDERED and SIGNED this 23rd day of March 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[4] *See, e.g., Ass'n of Am. Physicians & Surgeons Educ. Found. v. Am. Bd. of Internal Med.*, 103 F.4th 383, 388 (5th Cir. 2024) (emphasizing that "jurisdictional dismissals (such as those made on . . . mootness grounds)" should be "without prejudice").